UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN DEATLEY, et al, <br><br> Plaintiffs, <br><br> ALBERT DEATLEY, et al, <br><br> Defendants. | No. CV-04-3082-JLQ <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulated Motion of the parties IT IS HEREBY ORDERED that this action together with the complaint and the claims therein and any amendment thereto be and the same is hereby Dismissed With Prejudice and without costs to any party hereto.

This Order shall not affect the pending attorney lien claims.

The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, and forward copies to counsel.

**DATED** this 9th day of August 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1