AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ALAN DEATLEY, et al,

Plaintiffs

JUDGMENT IN A CIVIL CASE

v.

ALBERT DEATLEY, et al,

CASE NUMBER: CV-04-3082-JLQ

Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that this action, together with the complaint and the claims therein and any amendment thereto, be and the same is hereby Dismissed With Prejudice and without costs to any party hereto.

This judgment shall not affect the pending attorney lien claims.

August 9, 2006
_Date_

JAMES R. LARSEN
_Clerk_
s/ Linda Emerson

_(By) Deputy Clerk_

Linda Emerson